Mark D. Miller (SBN 116349)
Sierra IP Law, PC
7030 N. Fruit Ave., Suite 110
Fresno, CA 93711
P.O. Box 5637
Fresno, CA 93755-5637
Phone: (559) 436-3800
Fax: (559) 436-4800
Direct: (559) 436-3819

Attorneys for Defendant and Counterclaim
Plaintiff Autosoft Net, Inc.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AUTOSOFT, INC., a Pennsylvania Corporation,<br><br>      Plaintiff and Counterclaim Defendant,<br><br>vs.<br><br>AUTOSOFT NET, INC., a California Corporation,<br><br>      Defendant and Counterclaim Plaintiff. | Case No.: 1:16-cv-00826<br><br>ORDER SEALING DOCUMENT PURSUANT TO LOCAL RULE 141 |

    Pursuant to the parties' joint Notice of Request to Seal Documents under Rule 141 of the Local Rules of the United States District Court, Eastern District of California (Doc. 22), the Court hereby GRANTS the Request and ORDERS that the 9-page Confidential Settlement Agreement entered into between the parties on February 8, 2016, shall be FILED UNDER SEAL in accordance with Local Rule 141(e)(2).

IT IS SO ORDERED.

Dated:   **February 22, 2017**                        /s/ *Sheila K. Oberto*
                                                                                     UNITED STATES MAGISTRATE JUDGE