UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AUTOSOFT, INC., a Pennsylvania Corporation,<br><br>　　Plaintiff and Counterclaim<br>　　Defendant,<br><br>vs.<br><br>AUTOSOFT NET, INC., a California Corporation,<br><br>　　Defendant and Counterclaim<br>　　Plaintiff. | No. 1:16-cv-00826-LJO-SKO<br><br><br>ORDER DIRECTING THE CLERK OF THE COURT TO CLOSE THE CASE<br><br>(Doc. No. 24) |

　　On February 24, 2017, the parties filed a "Rule 41 Dismissal of Complaint of Autosoft, Inc. and Dismissal of Counterclaims of Autosoft Net." (Doc. No. 24.) In light of the parties' stipulation, this action has been terminated, *see* Fed. R. Civ. P. 41(a)(1)(A)(ii); *Wilson v. City of San Jose*, 111 F.3d 688, 692 (9th Cir. 1997), and has been dismissed with prejudice.

　　Furthermore, the Court entered an "Order Sealing Document Pursuant to Local Rule 141," sealing the 9-page Confidential Settlement Agreement entered into between the parties on February 8, 2016. (Doc. 23.) Such sealing order SHALL REMAIN IN EFFECT until February 23, 2022, and this Court SHALL RETAIN JURISDICTION to enforce the Confidential

Settlement Agreement until that date.

    Finally, the Clerk of the Court is DIRECTED to close this case.

IT IS SO ORDERED.

Dated:   **March 3, 2017**          /s/ *Sheila K. Oberto*
                                                UNITED STATES MAGISTRATE JUDGE